UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 10, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Cr S-05-0083 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Lili Holland, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Lili Holland Case No. Cr S-05-0083 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        X   (Other) $300,000 appearance bond secured by Real Property to be submitted within 14 days; $300,000 unsecured bond to be signed by 4 sureties today; 3rd party custody of mother, Denise Barnes; pending electronic monitoring; PTS conditions/supervision

Issued at Sacramento, CA on March 10, 2005 at 3:15 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge