**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**LILI HOLLAND**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 05  083 EJG |
| Plaintiff, | ) |
| vs. | ) **APPLICATION FOR ORDER** |
|  | ) **EXONERATING BAIL AND ORDER** |
| LILI HOLLAND, et al., | ) |
| Defendant. | ) |

Defendant, LILI HOLLAND, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the ground that her bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title.  On March 17, 2006

///

///

///

///

///

the court imposed a 24-month prison sentence, and Defendant is scheduled to report to the Bureau of Prisons on April 28, 2006 to begin serving her sentence.

Dated: March 30, 2006                    Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.

                                            By:   /s/Joseph J. Wiseman_____
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                     LILI HOLLAND

## ORDER

    GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED:   March 31 , 2006

                                              /s/ Edward J. Garcia_____
                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE